EMC:CJG
F. #97036O8

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ JUL 30 1997 ★
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

  - against -

TONY CLANTON,

    Defendant.

- - - - - - - - - - - - - - - -X

CR 97 776

WEINSTEIN, J.
CHREIN

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§
111(a)(1), 111(b), 1113,
1114, 1951, 924(c)(1)
and 3551 et seq.)

A TRUE COPY
ATTEST
DATE February 16, 20 24
BRENNA B. MAHONEY
CLERK
BY _____ DEPUTY CLERK

THE GRAND JURY CHARGES:

       COUNT ONE

  On or about July 29, 1997, within the Eastern District of New York, the defendant TONY CLANTON did knowingly and intentionally attempt to kill a Special Deputy United States Marshal while that Special Deputy United States Marshal was engaged in the performance of official duties and was assisting agents of the Department of Treasury, Bureau of Alcohol, Tobacco and Firearms, in the performance of official duties.

  (Title 18, United States Code, Sections 1113, 1114 and 3551 et seq.)

       COUNT TWO

  On or about July 29, 1997, within the Eastern District of New York, the defendant TONY CLANTON did knowingly and intentionally, forcibly assault, resist, oppose, impede, intimidate and interfere with a Special Deputy United States Marshal while that Special Deputy United States Marshal was engaged in the performance of official duties and was assisting

agents of the Department of Treasury, Bureau of Alcohol, Tobacco and Firearms, in the performance of official duties, and in the commission of said acts, did use a deadly and dangerous weapon.

(Title 18, United States Code, Sections 111(a)(1), 111(b) and 3551 et seq.)

## COUNT THREE

On or about July 29, 1997, within the Eastern District of New York, the defendant TONY CLANTON did knowingly and intentionally obstruct, delay and affect commerce and the movement of an article and commodity in commerce by robbery in that the defendant TONY CLANTON did take property by robbery from a Special Deputy United States Marshal.

(Title 18, United States Code, Sections 1951 and 3551 et seq.)

## COUNT FOUR

On or about July 29, 1997, within the Eastern District of New York, the defendant TONY CLANTON, during and in relation to a crime of violence, to wit: the crimes charged in Counts One

3

through Three, did knowingly and intentionally use and carry a firearm, to wit: a Davis .380 caliber semiautomatic pistol.

(Title 18, United States Code, Sections 924(c)(1) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

ZACHARY W. CARTER
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.131

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

_____ CRIMINAL _____ Division

THE UNITED STATES OF AMERICA

vs.

TONY CLANTON,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 111(a)(1), 111(b), 1113, 1114, 1951, 924(c)(1) and 3551 et seq.)

A true bill,

_____
Foreman

Filed in open court this _____ day,
of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____

CHRISTOPHER GUNTHER, AUSA EXT. 6461